UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-00121-1FL(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ALEXANDER CHARLES PRIDGEN | ) | |

The Grand Jury charges that:

On or about May 31, 2020, in the Eastern District of North Carolina, the defendant, ALEXANDER CHARLES PRIDGEN, willfully and by means of throwing a brick or brick-like object through an exterior window, did injure and commit a depredation against property of the United States and of any department or agency thereof, specifically, the United States Bankruptcy Court Courthouse for the Eastern District of North Carolina located at 150 Reade Circle, Greenville, North Carolina, property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically an exterior window of the courthouse,

[Remainder of page left blank.]

1

and the resulting damage was $1,516.97.

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL:
REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal. _____
FOREPERSON

_____12/15/2020_____
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: EVAN RIKHYE
Assistant United States Attorney