UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-121-FL(3)

_____

UNITED STATES OF AMERICA )
)
) **NOTICE OF APPEARANCE**
V. ) Local Rule 44.1
)
)
ALEXANDER CHARLES PRIDGEN )
)

_____

Pursuant to Local Rule 44.1, the undersigned attorney hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Respectfully submitted this the 18th day of December, 2020.

/s/ Mark D. Stewart
MARK D. STEWART
Attorney for Defendant
313 S. Evans St.
Greenville, NC 27858
mark@markstewartlaw.com
252-830-5291
252-830-1422 (fax)
NC State Bar No. 37072
RETAINED

UNITED STATES DISTRICT COURT
CERTIFICATE OF SERVICE

This is to certify that I am, and was at all times hereinafter mentioned, more than (18) years of age, that on December 18, 2020, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Evan Rikhye
>United States Attorney
>150 Fayetteville St., Suite 2100
>Raleigh, NC 27601

This the 18th day of December, 2020.

>/s/ Mark D. Stewart
>MARK D. STEWART
>Attorney for Defendant
>313 S. Evans St.
>Greenville, NC 27858
>mark@markstewartlaw.com
>252-830-5291
>252-830-1422 (fax)
>NC State Bar No. 37072